Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Ste. 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| JACQUELYN WEHMEYER,<br><br>          Plaintiff,<br><br>     v.<br><br>NCO FINANCIAL SYSTEMS, INC<br><br>          Defendant. | **Case No.: 2:09-cv-02131-MCE-KJM**<br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JACQUELYN WEHMEYER, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 9, 2009                                         KROHN & MOSS, LTD.


                                                                By:/s/ Ryan Lee
                                                                  Ryan Lee
                                                                Attorneys for Plaintiff,
                                                                JACQUELYN WEHMEYER