Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO FINANCIAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JACQUELYN WEHMEYER, | ) Case No.  09-CV-02131-MCE-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

Defendant NCO FINANCIAL SYSTEMS, INC., and Plaintiff JACQUELYN WEHMEYER, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

/ / /

/ / /

1
2
3
4
5

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.  The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

6
7
8   Respectfully submitted,
9
10  Dated: December 11, 2009    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
11                              */s/ Sondra R. Levine*
12                              _____
13                              Sondra R. Levine
                                Attorney for Defendant
14                              NCO Financial Systems, Inc.
15
16  Dated: December 11, 2009    KROHN & MOSS, LTD
17                              */s/ Ryan Lee*
18                              _____
                                Ryan Lee
19                              Attorney for Plaintiff Jacquelyn Wehmeyer
20
21
22
23
24
25
26
27
28